1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THE LAW OFFICE OF**
**PAUL K. JOSEPH, PC**
PAUL K. JOSEPH (SBN 287057)
paul@pauljosephlaw.com
4125 W. Pt. Loma Blvd., No. 206
San Diego, California 92110
Phone: (619) 767-0356
Fax: (619) 331-2943

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NATHAN on behalf of herself, all others similarly situated, and the general public,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>VITAMIN SHOPPE, INC.,<br>　　　　　Defendant. | Case No: 17-cv-0948-BEN-KSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>[Fed. R. Civ. Proc. 41(a)]<br><br>Judge: Hon. Roger T. Benitez |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Andrea Nathan hereby dismisses her individual claims and the class claims *without prejudice*.

Dated: June 26, 2017                     Respectfully submitted,

/s/ Paul K. Joseph

**THE LAW OFFICE OF PAUL K. JOSEPH, PC**
PAUL K. JOSEPH
*paul@pauljosephlaw.com*
4125 W. Point Loma Blvd. No. 206
San Diego, California 92110
Phone: (619) 767-0356
Fax: (619) 331-2943

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2017, I served the foregoing **NOTICE OF VOLUNTARY DISMISSAL** on counsel of record for all parties in this action, by notice of electronic filing, which was automatically generated by the Court's CM/ECF system at the time the document was filed with the Court.

Dated: June 26, 2017                             /s/ Paul K. Joseph
                                                 Paul K. Joseph